STATE of Missouri, Respondent,

v.

Gerald L. WESTFALL, Appellant.

No. 74754.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 20, 1999.

Iren Karns, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth Ferguson, Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KENT E. KAROHL, and MARY K. HOFF, JJ.

ORDER

PER CURIAM.

Gerald Westfall (Defendant) appeals the judgment entered following his jury conviction for possession of cocaine in violation of section 195.202, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

Lawrence BOTTO, Appellant,

v.

Mayor Freeman BOSLEY, Jr., City of St. Louis Parks Department, the City of St. Louis and William C. Duffe in both personal and official capacities, Respondents.

No. 73782.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 20, 1999.

D. Eric Sowers, St. Louis, for appellant.

Eric Kendall Banks, Edward J. Hanlon, Patricia A. Hageman, St. Louis, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

ORDER

PER CURIAM.

Plaintiff appeals the adverse summary judgment entered upon his Americans with Disabilities Act(ADA) claim and retaliatory discharge claim. We have carefully reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).